UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| RONALD L. KEACH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CAUSE NO.: |
| | ) |
| FAMILY DOLLAR STORES OF | ) |
| INDIANA, L.P., | ) |
| | ) |
| Defendant. | ) |

**<u>NOTICE OF REMOVAL OF CIVIL ACTION</u>**

To the Honorable Judges of the United States District Court for the Southern District of Indiana, Evansville Division:

Removing party, by the undersigned attorneys, respectfully show this Court:

1. The removing party is the Defendant Family Dollar Stores of Indiana, LLC (improperly named as "Family Dollar Stores of Indiana, L.P.") ("Defendant"), in the above-entitled action.

2. On January 10, 2023, the above-entitled action was commenced against the removing party in the Vanderburgh County Superior Court 5, State of Indiana under Cause No. 82D05-2301-CT-000149; captioned *Ronald L. Keach v. Family Dollar Stores of Indiana, L.P.*, and is now pending.

3. Plaintiff Ronald L. Keach has filed suit as a result of "traumatic brain injury" he sustained after falling on an alleged obstruction on the floor at Defendant's retail business located at 1200 W. Columbia St. in Evansville, Indiana. The alleged injuries occurred on January 10, 2023.

4. As a result of the alleged incident, Plaintiff Ronald L. Keach complains of injuries and monetary damages "including but not limited to a traumatic brain injury."

5.  On January 19, 2023, Defendant received a Summons and Complaint in the above-entitled action, via certified mail.

6.  A Motion for Enlargement of Time, up to and including March 13, 2023 for the Defendant to answer or otherwise respond to Plaintiff's Complaint was granted on February 7, 2023.

7.  No further proceedings in this matter have been held in the Vanderburgh County Superior Court.

8.  Plaintiff is believed to be a citizen of the State of Indiana.

9.  Defendant is a North Carolina limited liability company with its principal place of business located at 500 Volvo Parkway, Chesapeake, Virginia 23320. Defendant is a citizen of the States of North Carolina and Virginia. The sole member of Defendant's limited liability company is Family Dollar Stores, Inc. Family Dollar Stores, Inc. is a Delaware corporation with its principal place of business located at 500 Volvo Parkway, Chesapeake, VA 23320. Family Dollar Stores, Inc. is a citizen of the States of Delaware and Virginia.

10. By virtue of diversity jurisdiction, Defendant is entitled to removal.

11. When the Complaint does not establish the amount in controversy, a Defendant's "good-faith estimate of the stakes is acceptable if it is plausible and supported by a preponderance of the evidence." *Oshana v. Coca–Cola, Co.* 472 F.3d 506, 511 (7th Cir. 2006). Therefore, this Notice of Removal states that the monetary value of the amount in controversy exceeds $75,000, exclusive of interest and costs, as required by 28 U.S.C. § 1332(a), based upon the following: (1) Plaintiff alleges he sustained physical injuries and damages as a result of the incident forming the basis of his Complaint (Compl. ¶ 8); (2) Plaintiff alleges said injuries and damages include a traumatic brain injury (Compl. ¶ 8); (3) on February 14, 2023, undersigned counsel asked

Plaintiff's counsel if Plaintiff would be willing to stipulate that the amount in controversy does not exceed $75,000; (4) On February 16, 2023, Plaintiff's counsel responded to undersigned counsel, representing to undersigned counsel that the amount in controversy requirement of 28 U.S.C. § 1332(a) is satisfied; and (5) a removing party may consider, when making the good-faith estimate of the amount of controversy, a plaintiff's failure to stipulate that their claim is worth less than $75,000, exclusive of interest and costs. *Workman v. United Parcel Serv., Inc.*, 234 F.3d 998, 1000 (7th Cir. 2000). The Seventh Circuit has held that when a plaintiff facing removal chooses not to stipulate that their claim is worth less than $75,000, "the inference arises that [he] thinks [his] claim may be worth more." *Id.*

12.  This Court has original diversity jurisdiction of the above-entitled action pursuant to 28 U.S.C. §1332, and the action may therefore be removed to this Court pursuant to 28 U.S.C. §1441(a).

13.  A copy of the entire State Court Record for Vanderburgh County Superior Court 5, State of Indiana under Cause No. 82D05-2301-CT-000149 is attached as Exhibit A.

14.  A copy of the Complaint served on the removing party in the above-entitled action is attached hereto as Exhibit B.

15.  A copy of the Civil Cover Sheet is attached as Exhibit C.

16.  This Notice is filed with this Court within 30 days of service of the Summons and Complaint on the Defendant, as the removing party.

WHEREFORE, Defendant, Family Dollar Stores of Indiana, LLC (improperly named as "Family Dollar Stores of Indiana, L.P."), by counsel, respectfully requests that this action be removed from the Vanderburgh County Superior Court, State of Indiana, Cause No. 82D05-2301-

CT-000149 to the United States District Court for the Southern District of Indiana, Evansville Division, for trial and determination.

DREWRY SIMMONS VORNEHM, LLP

 */s/ Melanie A. Kalmbach*
ANTHONY M. ELEFTHERI, #19336-49
MELANIE A. KALMBACH, #34800-49
*Attorneys for Family Dollar Stores of Indiana, LLC*

Drewry Simmons Vornehm, LLP
736 Hanover Place, Suite 200
Carmel, IN 46032
(317) 580-4848
(317) 580-4855 Facsimile
aeleftheri@DSVlaw.com
mkalmbach@DSVlaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that, pursuant to Rule 86(G) of the Indiana Rules of Trial Procedure, a copy of the foregoing has been served either via E-Service through the Indiana E-Filing System, or by first class United States mail, postage prepaid, this 17th day of February 2023 to:

Daniel J. Tuley
Heath A. Tuley
Aaron F. Tuley
TULEY LAW OFFICE
20 N.W. 1st Street, Suite 610
Evansville, IN 47708
dan@tuleylaw.com
heath@tuleylaw.com
atuley@tuleylaw.com
*Counsel for Plaintiff*

                                                      */s/ Melanie A. Kalmbach*
                                                      ANTHONY M. ELEFTHERI, #19336-49
                                                      MELANIE A. KALMBACH, #34800-49

Drewry Simmons Vornehm, LLP
736 Hanover Place, Suite 200
Carmel, IN 46032
(317) 580-4848
(317) 580-4855 Facsimile
aeleftheri@DSVlaw.com
mkalmbach@DSVlaw.com