UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| RONALD L. KEACH, | ) |
|         Plaintiff, | ) |
| v. | ) No. 3:23-cv-00027-MPB-CSW |
| FAMILY DOLLAR STORES OF INDIANA, L.P., *et al.*, | ) |
|         Defendants. | ) |

**FINAL JUDGMENT**

Consistent with today's order dismissing this action with prejudice, the Court enters judgment in favor of Defendants and against Plaintiff. Plaintiff shall take nothing by his complaint.

**IT IS SO ORDERED**.

Dated: December 15, 2023

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Served electronically on all ECF-registered counsel of record.